December 3, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

STEVEN R. LEVY, Appellant

NO. 14-12-00905-CV                              V.

CACH, L.L.C., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, CACH, L.L.C., signed, July 2, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant Steven R. Levy to pay all costs incurred in this appeal. We further order this decision certified below for observance.